Priority Send
cc: USM; USPO

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ED CR 07-00035 VAP |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND |
| v. | ) | COMMITMENT ORDER |
| | ) | FOLLOWING HEARING ON |
| RONDEL H. MYERS, | ) | PETITION ALLEGING |
| | ) | VIOLATIONS OF SUPERVISED |
| Defendant. | ) | RELEASE |
| | ) | |

On November 23, 2009, this matter came on regularly for hearing on the Amended Petition on Probation and Supervised Release filed August 10, 2009, Docket No. 25. Appearing on behalf of the Defendant was Angela Viramonte, Deputy Federal Public Defender, and appearing on behalf of the Government was Assistant United States Attorney Daniel Ackerman. Also present was Probation Officer Jesse Jacobs.

The Defendant appeared previously before the Court on October 19, 2009, in this matter and entered an admission of guilt to the Allegations of the Amended Petition, Docket No. 25.

The Court finds the Defendant in violation of the terms and conditions of Supervised Release as previously imposed in the Judgment and Probation/Commitment Order of the United States District Court for the Western District of Missouri, filed December 27, 1999.

IT IS ADJUDGED that defendant, Rondel H. Myers, is hereby committed to the Custody of the Bureau of Prisons to serve a Six-month term of imprisonment. Upon release from

imprisonment, the defendant shall be placed in a Community Corrections Center (CCC) located in Rubidoux, California or the facility in El Monte, California, and shall observe all rules and regulations of such facility until released by the Director of such facility and as directed by the United States Probation Officer.

IT IS FURTHER ORDERED that no additional period of supervision is imposed.

The defendant was advised of his right to file an appeal within 10 days of entry of judgment.

On motion of the Government, the Court ORDERS the dismissal of any remaining allegations.

IT IS SO ORDERED.

Date: December 1, 2009

VIRGINIA A. PHILLIPS
United States District Judge

CLERK, U. S. DISTRICT COURT

By: /s/ Jim Holmes,
    Relief Courtroom Deputy